IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

RUSTIE AMAN,

      Appellant,

v.

JOHNATHON AMAN,

      Appellee.

_____/

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

CASE NO. 1D17-1420

Opinion filed December 5, 2017.

An appeal from an order of the Circuit Court for Madison County.
Andrew J. Decker, III, Judge.

Rustie Aman, pro se, Appellant.

No appearance for Appellee.

PER CURIAM.

      AFFIRMED.

ROBERTS, BILBREY, and KELSEY, JJ., CONCUR.